1  McGREGOR W. SCOTT
   United States Attorney
2  JILL THOMAS
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone (916) 554-2781



MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                                    2 0 8 - ℳℂ - 0 3 9     EFB

11  IN THE MATTER OF THE          )
    THE EXTRADITION OF            )   Misc. No.
12  ARMANDO LLAMAS SIERRA         )
                                  )   ORDER FOR PROVISIONAL
13                                )   ARREST WITH A VIEW TOWARDS
                                  )   EXTRADITION (18 U.S.C. §
14                                )   3184)
                                  )
15                                )   **UNDER SEAL**
                                  )
16  _____)

17

18       BEFORE ME, a United States Magistrate Judge for the Eastern

    District of California, personally appeared Assistant United States
19
    Attorney Jill M. Thomas, the complainant herein, whose affidavit
20
    in support of complaint made under oath in accordance with 18 U.S.C.
21
    § 3184 sets forth facts on the basis of which I find probable cause
22
    to believe that ARMANDO LLAMAS SIERRA should be apprehended and
23
    brought before this Court to the end that the evidence of
24
    criminality may be heard and considered as provided in 18 U.S.C. §
25
    3184, and the Extradition Treaty between the United States and
26
    Mexico.
27
    ///
28

                                  5

1       IT IS THEREFORE ORDERED that a warrant for the provisional

2 arrest of ARMANDO LLAMAS SIERRA be issued.  The Court also ORDERS

3 that the complaint, this order, and the arrest warrant be placed

4 UNDER SEAL until the arrest of the defendant or further order of

5 this Court.

6 DATED:

7

8

               HONORABLE EDMUND F. BRENNAN

9                United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

6