McGREGOR W. SCOTT
United States Attorney
JILL THOMAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2781

**SEALED**

FILED
MAR 31 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF ARMANDO LLAMAS SIERRA, | 2:08-MC-039 EFB<br><br>MOTION TO UNSEAL COMPLAINT |

On March 27, 2008, the complaint was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the complaint to be sealed. The government respectfully requests that the complaint be unsealed.

DATED: March 31, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney

ORDER

SO ORDERED.

DATED: March 31, 2008

/s/ Edmund F. Brennan
HON. EDMUND F. BRENNAN
U.S. Magistrate Judge

1